```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIR RADONCIC, *et al.*,

                Plaintiffs,

       -v-

GMP HOLDINGS LLC, *et al.*,

                Defendants.

**ORDER**

23-CV-11135 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated March 28, 2024, this case was referred to Magistrate Judge James L. Cott for general pretrial, including settlement. Dkt. No. 11. On August 14, 2024, Judge Cott entered a scheduling order, which required the parties to contact chambers to schedule a settlement conference by November 1, 2024. Dkt. No. 19. The parties have yet to contact chambers. On August 28, 2024, this case was reassigned to me.

    Partiers are directed to meet and confer to discuss whether a settlement conference would be productive, and if so when it should take place. Parties are to inform the Court of the result of these discussions via email to [RicardoNYSDChambers@nysd.uscourts.gov](mailto:RicardoNYSDChambers@nysd.uscourts.gov) by November 18, 2024.

**SO ORDERED.**

Dated: November 4, 2024
       New York, New York

                                                _____
                                                Henry J. Ricardo
                                                United States Magistrate Judge